DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. AGUON,<br><br>    Defendant. | CRIMINAL CASE NO. 90-00073 |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WENG CUI FANG, et al.,<br><br>    Defendants. | CRIMINAL CASE NO. 97-00073<br><br>**O R D E R** |

On November 2, 1998, the Court received payment in the amount of $50.00, receipt number 166, which was misapplied to Case No. CR-97-00073 (Exhibit A). The Clerk's Office verified with the Financial Litigation Unit of the U.S. Attorney's Office that said payment should have been applied to Criminal Case 90-00073, Defendant Michael J. Aguon.

//

ORIGINAL

Therefore, it is hereby ordered that the payment of $50.00 shall be transferred from Criminal Case No. 97-00073 to Case No. 90-00073.

DATED this 27th day of September, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

No 166

**District Court of Guam**
at Agana, Guam

**RECEIPT FOR PAYMENT**

Date: Nov. 2, 1998

Received From:
Michael J. Aguon
Box 390442
San Diego, CA
92149

Remarks:

Payment of Fine

| Account | Amount |
|---|---|
| 504100 | $50.00 |
| | |
| | |
| | |
| | |
| **Total:** | **$50.00** |

Case Number/Reference: CR 97-00073

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE: 11/2/98 | Cash | Check X | M.O. |
|---|---|---|---|

Deputy Clerk: 1L-LL # 385

Distribution: White-Original  Yellow-Duplicate  Pink-Triplicate

EXHIBIT A